UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

KALEE BALDE,                                        CASE NO.:

    Plaintiff,

v.

PARADISE CRUISE LINE OPERATOR, LTD,
INC., CRUISE OPERATOR, INC.
& BPCL MANAGEMENT, LLC all doing
business as
BAHAMAS PARADISE CRUISE LINE,,

    Defendants.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, KALEE BALDE, (hereinafter "BALDE") by and through her undersigned counsel, and sues the Defendants, PARADISE CRUISE LINE OPERATOR, LTD, INC. (hereinafter PCLO), CRUISE OPERATOR, INC. (hereinafter CO), BPCL MANAGEMENT, LLC (hereinafter BPCL) all doing business as BAHAMAS PARADISE CRUISE LINE and alleges as follows:

### GENERAL ALLEGATIONS, PARTIES AND JURSIDICTION

1. This is a maritime action for personal injury damages and an action involving sexual assault aboard a cruise ship.

2. That Defendant, "BPCL", is a Florida corporation authorized to do, and doing business, in the State of Florida, and did business in Florida as BAHAMAS PARADISE CRUISE LINE., providing cruising voyages to paying passengers, and owned and/or operated a cruising vessel known as the *GRAND CELEBRATION.*

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. &
CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 2 of 16

*3.* That Defendant, "PCLO" is a foreign corporation authorized to do and was doing business in the State of Florida and did business in the State of Florida as BAHAMAS PARADISE CRUISE LINE., providing cruising voyages to paying passengers, and owned and/or operated a cruising vessel known as the *GRAND CELEBRATION.*

4. That Defendant, "CO" is a foreign corporation authorized to do and was doing business in the State of Florida and did business in the State of Florida as BAHAMAS PARADISE CRUISE LINE., providing cruising voyages to paying passengers, and owned and/or operated a cruising vessel known as the *GRAND CELEBRATION*

*5.* "BALDE" is a citizen of the State of Massachusetts and diversity of Citizenship exists.

6. That jurisdiction is proper in this Court pursuant to 28 U.S.C. §1333, which provides original jurisdiction to the United States District Court, exclusive of state courts, of "any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled."

7. That venue is proper in the Southern District of Florida, in that "BPCL's' principal place of business is in Broward County, Florida, and this action arose from injuries sustained on a sea-going cruise that originated from the State of Florida.

8. That venue is proper in the Southern District of Florida, in that "PCLO's' principal place of business is in Broward County, Florida, and this action arose from injuries sustained on a sea-going cruise that originated from the State of Florida .

9. That venue is proper in the Southern District of Florida, in that "CO's' principal place of business is in Broward County, Florida, and this action arose from injuries sustained on a sea-going cruise that originated from the State of Florida.

10. That "BPCL" has agreed, in writing, that jurisdiction and venue are proper in the Southern District of Florida under the terms of the cruise tickets tendered by "BPCL" to "BALDE". Copies of said cruise ticket is in the possession of "BPCL".

11. That "PCLO" has agreed, in writing, that jurisdiction and venue are proper in the Southern District of Florida under the terms of the cruise tickets tendered by "PCLO" to "BALDE". Copies of said cruise ticket is in the possession of "PCLO".

12. That "CO" has agreed, in writing, that jurisdiction and venue are proper in the Southern District of Florida under the terms of the cruise tickets tendered by "CO" to "BALDE". Copies of said cruise ticket is in the possession of "CO".

## COUNT I- KALEE BALDE VS. BPCL MANAGEMENT, LLC d/b/a PARADISE CRUISE LINE-NEGLIGENCE FOR SEXUAL ASSAULT.

Plaintiff, KALEE BALDE, re-alleges and incorporates paragraphs 1, 2, 5, 6, 7, 10 as if fully set forth herein'

13. On or about June 24, 2017 the Plaintiff, BALDE, was a victim of sexual assault in her cabin located on the ship, GRAND CELEBRATION, by an employee of the Defendant " BPCL" who entered her room unannounced, took off his shirt, and solicited sex for money from BALDE.

14. At all times material hereto, it was the duty of Defendant "BPCL" to provide Plaintiff, BALDE, with reasonable care under the circumstances while she was a passenger aboard the ship.

15. On or about June 24, 2017, Plaintiff, BALDE, was injured due to the fault and negligence of Defendant, "BPCL" and/or its agents, servants and/or employees as follows:

   a. Failing to provide reasonably safe conditions for Plaintiff, BALDE aboard the Defendant's vessel. Said safe conditions include, but are not limited to, the prevention of permitting an atmosphere to exist wherein persons could be sexually assaulted and/or battered;

   b. Failing to undertake reasonable investigation of the offending person's background, criminal record and employment history prior to hiring the crewmember;

   c. Negligently hiring a crewmember who Defendant, "BPCL", knew or should have known was a danger to female passengers, including the Plaintiff, BALDE;

   d. Continuing to employ and retain as a crewmember who Defendant "BPCL", knew or should have known posed a dangerous threat to the passengers, especially female passengers, including the Plaintiff, BALDE.

   e. Failing to adequately monitor and control the conduct of their crewmembers;

   f. Failing to adequately monitor passengers;

   g. Failing to protect their passengers from sexual assaults and/or batteries by Defendant, "BPCL's," crewmembers;

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. &
CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 5 of 16

  h. Failing to provide adequate training for their crewmembers in regard to interactions with passengers;

  i. Failing to adequately warn passengers of the dangers of its crewmembers;

  j. Failing to adequately monitor passengers, especially minor passengers, so as to keep them away from dangerous crewmembers and/or dangerous situations;

  k. Failing to adequately monitor common areas of the ship to protect passengers;

  l. Failing to provide adequate supervision and/or security for minor passengers aboard its vessels;

  m. Failing to promulgate and/or enforce policies and/or procedures designed to prevent crewmembers from sexually assaulting and/or battering passengers aboard the ship;

  n. Failing to promulgate and/or enforce policies and/or procedures designed to prevent passengers from becoming sexually assaulted and/or battered passengers aboard the ship;

  o. Defendant, "BPCL", violated the International Safety Management Code by failing to have an adequate Safety Management System Manual and/or by failing to adequately implement and follow the Safety Management System Manual they have, as it is related to protecting passengers from sexual assault aboard Defendant's ships, all of which caused the Plaintiff, "BPCL", to injured;

  p. In other manners not yet known, but which are expected to be revealed in discovery

16. As a direct and proximate result of the negligence of Defendant, "BPCL", Plaintiff, BALDE, was directly and proximately caused to be sexually assaulted by a crewmember.

17. As a result of the foregoing, the Plaintiff, BALDE, was injured about her body and extremities, pain and suffering; mental anguish; inconvenience; great shame, psychological trauma, psychological scarring, embarrassment, humiliation, aggravation of preexisting conditions, the loss of the capacity for the enjoyment of life; and other mental and/or nervous disorders and has incurred medical expenses in the past and will incur medical expenses in the future. All of the Plaintiff's damages are permanent and continuing in nature and Plaintiff will suffer the losses and impairments in the future.

WHEREFORE, KALEE BALDE, demands judgment for damages against Defendant, BPCL MANAGEMENT, LLC d/b/a BAHAMAS PARADISE CRUISE LINE

## COUNT II-KALEE BALDE VS. PARADISE CRUISE LINE OPERATOR LTD, INC. D/B/A BAHAMAS PARADISE CRUISE LINE

Plaintiff, KALEE BALDE, re-alleges and incorporates paragraphs 1, 3, 5, 6, 8 & 11 as if fully set forth herein'

18. On or about June 24, 2017 the Plaintiff, BALDE, was a victim of sexual assault in her cabin located on the ship, GRAND CELEBRATION, by an employee of the Defendant "PCLO", who entered her room unannounced, took off his shirt, and solicited sex for money from BALDE.

19. At all times material hereto, it was the duty of Defendant "PCLO" to provide Plaintiff, BALDE, with reasonable care under the circumstances while she was a passenger aboard the ship.

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. & CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 7 of 16

20. On or about June 24, 2017, Plaintiff, BALDE, was injured due to the fault and negligence of Defendant, "PCLO" and/or its agents, servants and/or employees as follows:

a. Failing to provide reasonably safe conditions for Plaintiff, BALDE aboard the Defendant's vessel. Said safe conditions include, but are not limited to, the prevention of permitting an atmosphere to exist wherein persons could be sexually assaulted and/or battered;

b   Failing to undertake reasonable investigation of the offending person's background, criminal record and employment history prior to hiring the crewmember;

c. Negligently hiring a crewmember who Defendant, "PCLO", knew or should have known was a danger to female passengers, including the Plaintiff, BALDE;

d. continuing to employ and retain as a crewmember who Defendant "PCLO", knew or should have known posed a dangerous threat to the passengers, especially female passengers, including the Plaintiff, BALDE.

e. Failing to adequately monitor and control the conduct of their crewmembers;

f   Failing to adequately monitor passengers;

g. Failing to protect their passengers from sexual assaults by Defendant, "PCLO's", crewmembers;

h. Failing to provide adequate training for their crewmembers in regard to interactions with

p   assengers;

i. Failing to adequately warn passengers of the dangers of its crewmembers;

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. & CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 8 of 16

j. Failing to adequately monitor passengers so as to keep them away from dangerous crewmembers and/or dangerous situations;

k. Failing to adequately monitor common areas of the ship to protect passengers;

l. Failing to provide adequate supervision and/or security for minor passengers aboard its vessels;

m. Failing to promulgate and/or enforce policies and/or procedures designed to prevent crewmembers from sexually assaulting passengers aboard the ship;

n. Failing to promulgate and/or enforce policies and/or procedures designed to prevent passengers from becoming sexually assaulted and/or battered passengers aboard the ship;

o. Defendant, "PCLO", violated the International Safety Management Code by failing to have an adequate Safety Management System Manual and/or by failing to adequately implement and follow the Safety Management System Manual they have, as it is related to protecting passengers from sexual assault aboard Defendant's ships, all of which caused the Plaintiff, "PCLO", to injured; and/or

p. In other manners not yet known, but which are expected to be revealed in discovery

21. As a direct and proximate result of the negligence of Defendant, "PCLO", Plaintiff, BALDE, was directly and proximately caused to be sexually assaulted by a crewmember.

22. As a result of the foregoing, the Plaintiff, BALDE, was injured about her body and extremities, pain and suffering; mental anguish; inconvenience; great shame, psychological trauma, psychological scarring, embarrassment, humiliation, aggravation of preexisting conditions, the loss of the capacity for the enjoyment of life; and other mental and/or nervous disorders and has incurred medical expenses in the past and will incur medical expenses in the future.  All of the Plaintiff's damages are permanent and continuing in nature and Plaintiff will suffer the losses and impairments in the future.

WHEREFORE, KALEE BALDE, demands judgment for damages against Defendant, PARADISE CRUISE LINE OPERATOR, LTD, INC.  d/b/a BAHAMAS PARADISE CRUISE LINE

## COUNT III- KALEE BALDE VS. CRUISE OPERATOR, INC. D/B/A BAHAMAS PARADISE CRUISE LINE-NEGLIGENCE FOR SEXUAL ASSAULT.

Plaintiff, KALEE BALDE, re-alleges and incorporates paragraphs 1,4, 5, 6, 9 & 12 as if fully set forth herein'

23. On or about June 24, 2017 the Plaintiff, BALDE, was a victim of sexual assault in her cabin located on the ship, GRAND CELEBRATION, by an employee of the Defendant "CO", who entered her room unannounced, took off his shirt, and solicited sex for money from BALDE.

24. At all times material hereto, it was the duty of Defendant "CO" to provide Plaintiff, BALDE, with reasonable care under the circumstances while she was a passenger aboard the ship.

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. & CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 10 of 16

25. On or about June 24, 2017, Plaintiff, BALDE, was injured due to the fault and negligence of Defendant, "CO" and/or its agents, servants and/or employees as follows:

   a. Failing to provide reasonably safe conditions for Plaintiff, BALDE aboard the Defendant's vessel. Said safe conditions include, but are not limited to, the prevention of permitting an atmosphere to exist wherein persons could be sexually assaulted ;

   b Failing to undertake reasonable investigation of the offending person's background, criminal record and employment history prior to hiring the crewmember;

   c. Negligently hiring a crewmember who Defendant, "CO", knew or should have known was a danger to female passengers, including the Plaintiff, BALDE;

   d Continuing to employ and retain as a crewmember who Defendant "CO", knew or should have known posed a dangerous threat to the passengers, especially female passengers, including the Plaintiff, BALDE.

   e. Failing to adequately monitor and control the conduct of their crewmembers;

   f. Failing to adequately monitor passengers;

   g. Failing to protect their passengers from sexual assaults and/or batteries by Defendant, "CO's", crewmembers;

   h. Failing to provide adequate training for their crewmembers in regard to interactions with passengers;

   i. Failing to adequately warn passengers of the dangers of its crewmembers;

j. Failing to adequately monitor passengers, especially minor passengers, so as to keep them away from dangerous crewmembers and/or dangerous situations;

k. Failing to adequately monitor common areas of the ship to protect passengers;

l. Failing to provide adequate supervision and/or security for minor passengers aboard its vessels;

m. Failing to promulgate and/or enforce policies and/or procedures designed to prevent crewmembers from sexually assaulting and/or battering passengers aboard the ship;

n. Failing to promulgate and/or enforce policies and/or procedures designed to prevent passengers from becoming sexually assaulted aboard the ship;

o. Defendant, "CO", violated the International Safety Management Code by failing to have an adequate Safety Management System Manual and/or by failing to adequately implement and follow the Safety Management System Manual they have, as it is related to protecting passengers from sexual assault aboard Defendant's ships, all of which caused the Plaintiff, "CO", to injured; and/or

p. In other manners not yet known, but which are expected to be revealed in discovery

26. As a direct and proximate result of the negligence of Defendant, "CO", Plaintiff, BALDE, was directly and proximately caused to be sexually assaulted by a crewmember.

Case 0:18-cv-61405-DPG   Document 1   Entered on FLSD Docket 06/22/2018   Page 12 of 16

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. &
CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 12 of 16

27. As a result of the foregoing, the Plaintiff, BALDE, was injured about her body and extremities, pain and suffering; mental anguish; inconvenience; great shame, psychological trauma, psychological scarring, embarrassment, humiliation, aggravation of preexisting conditions, the loss of the capacity for the enjoyment of life; and other mental and/or nervous disorders and has incurred medical expenses in the past and will incur medical expenses in the future. All of the Plaintiff's damages are permanent and continuing in nature and Plaintiff will suffer the losses and impairments in the future.

WHEREFORE, KALEE BALDE, demands judgment for damages against Defendant, CRUISE OPERATOR, INC. d/b/a BAHAMAS PARADISE CRUISE LINE

### COUNT IV- KALEE BALDE VS. BPCL MANAGEMENT, LLC D/B/A BAHAMAS PARADISE CRUISE LINE STRICT VICARIOUS LIABILITY AS TO BPCL MANAGEMENT, LLC, D/B/A BAHAMAS PARADISE CRUISE LINE

Plaintiff, KALEE BALDE re-alleges and incorporates paragraphs 1,2 5, 6,7 & 10 and 13 through 17 as if fully set forth herein

28. At all times material, the Defendant, "BPCL", had a non-delegable duty to protect their passengers, including the Plaintiff, "BALDE", from sexual assaults committed by their agents, servants, employees and/or representatives. The Defendant, "BPCL", is strictly vicariously liable for the breach of this non-delegable duty. *Doe v. Celebrity Cruises, Inc., 394 F.3d 891 (11th Cir.2004)*

29. The Defendant, "BPCL", breached its non-delegable duty when the Defendant's crewmember sexually assaulted the Plaintiff, "BALDE", on or about June 24, 2017.

Case 0:18-cv-61405-DPG  Document 1  Entered on FLSD Docket 06/22/2018  Page 13 of 16

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. &
CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 13 of 16

30. At all times material hereto, the crewmember that sexually assaulted the Plaintiff, "BALDE", was hired, retained, trained, supervised by, as well as in the employ of the Defendant, "BPCL" for service as a crewmember during said voyage.

31. As a result of the foregoing, the Plaintiff, "BALDE", was injured about her body and extremities, pain and suffering; mental anguish; inconvenience; great shame, psychological trauma, psychological scarring, embarrassment, humiliation, aggravation of preexisting conditions, the loss of the capacity for the enjoyment of life; and other mental and/or nervous disorders, and has incurred medical expenses in the past and will incur medical expenses in the future. All of the Plaintiff's damages are permanent and continuing in nature and Plaintiff will suffer the losses and impairments in the future.

WHEREFORE, KALEE BALDE demands judgment for damages against Defendant, BPCL MANAGEMENT, LLC d/b/a BAHAMAS PARADISE CRUISE LINE.

### COUNT V- KALEE BALDE VS. PARADISE CRUISE LINE OPERATOR, LTD, INC. D/B/A BAHAMAS PARADISE CRUISE LINE STRICT VICARIOUS LIABILITY AS TO PARADISE CRUISE LINE OPERATOR, LTD., INC. D/B/A BAHAMAS PARADISE CRUISE LINE

Plaintiff, KALEE BALDE, re-alleges and incorporates paragraphs 1, 3, 5, 6, 8, 11 and 18 through 22 as if fully set forth herein

32. At all times material, the Defendant, "PCLO", had a non-delegable duty to protect their passengers, including the Plaintiff, "BALDE", from sexual assaults committed by their agents, servants, employees and/or representatives. The Defendant, "PCLO", is strictly vicariously liable for the breach of this non-delegable duty. *Doe v. Celebrity Cruises, Inc., 394 F.3d 891 (11th Cir.2004)*

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. & CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 14 of 16

33. The Defendant, "PCLO", breached its non-delegable duty when the Defendant's crewmember sexually assaulted the Plaintiff, "BALDE", on or about June 24, 2017.

34. At all times material hereto, the crewmember that sexually assaulted the Plaintiff, "BALDE", was hired, retained, trained, supervised by, as well as in the employ of the Defendant, "PCLO" for service as a crewmember during said voyage.

35. As a result of the foregoing, the Plaintiff, "BALDE", was injured about her body and extremities, pain and suffering; mental anguish; inconvenience; great shame, psychological trauma, psychological scarring, embarrassment, humiliation, aggravation of preexisting conditions, the loss of the capacity for the enjoyment of life; and other mental and/or nervous disorders, and has incurred medical expenses in the past and will incur medical expenses in the future. All of the Plaintiff's damages are permanent and continuing in nature and Plaintiff will suffer the losses and impairments in the future.

WHEREFORE, KALEE BALDE demands judgment for damages against Defendant, PARADISE CRUISE LINE OPERATOR, LTC., INC. d/b/a BAHAMAS PARADISE CRUISE LINE.

### COUNT VI- KALEE BALDE VS. CRUISE OPERATOR, INC. D/B/A BAHAMAS PARADISE CRUISE LINE STRICT VICARIOUS LIABILITY AS TO CRUISE OPERATOR, INC., D/B/A BAHAMAS PARADISE CRUISE LINE

Plaintiff, KALEE BALDE, re-alleges and incorporates paragraphs 1, 4, 5, 6, 9, &12 and 23 through 27 as if fully set forth herein

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. & CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 15 of 16

36. At all times material, the Defendant, "CO", had a non-delegable duty to protect their passengers, including the Plaintiff, "BALDE", from sexual assaults committed by their agents, servants, employees and/or representatives. The Defendant, "CO", is strictly vicariously liable for the breach of this non-delegable duty. *Doe v. Celebrity Cruises, Inc., 394 F.3d 891 (11th Cir.2004)*

37. The Defendant, "CO", breached its non-delegable duty when the Defendant's crewmember sexually assaulted the Plaintiff, "BALDE", on or about June 24, 2017.

38. At all times material hereto, the crewmember that sexually assaulted the Plaintiff, "BALDE", was hired, retained, trained, supervised by, as well as in the employ of the Defendant, "CO" for service as a crewmember during said voyage.

39. As a result of the foregoing, the Plaintiff, "BALDE", was injured about her body and extremities, pain and suffering; mental anguish; inconvenience; great shame, psychological trauma, psychological scarring, embarrassment, humiliation, aggravation of preexisting conditions, the loss of the capacity for the enjoyment of life; and other mental and/or nervous disorders, and has incurred medical expenses in the past and will incur medical expenses in the future. All of the Plaintiff's damages are permanent and continuing in nature and Plaintiff will suffer the losses and impairments in the future.

WHEREFORE, KALEE BALDE demands judgment for damages against Defendant, CRUISE OPERATOR, INC., d/b/a BAHAMAS PARADISE CRUISE LINE.

KALEE BALDE VS. BPCL MANAGEMENT, LLC, PARADISE CRUISE LINE OPERATOR, LTD, INC. & CRUISE OPERATOR, INC. all d/b/a BAHAMAS PARADISE CRUISE LINE
Case No:
Page 16 of 16

## DEMAND FOR JURY TRIAL

Plaintiff, KALEE BALDE, hereby demands trial by jury of all issues triable as of right by a jury.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___6/22/18___, I electronically filed the foregoing document with the Clerk of the court using CM/ECF and a true and correct copy of the foregoing document will be served on the Defendants via service of process in due course.

> LaBovick, LaBovick & Diaz
> 5220 Hood Road, Suite 200
> Palm Beach Gardens, FL 33418
> (561) 625-8400 - Telephone
> (561) 370-6412 – Facsimile
> Email:Phunt@LaBovick.com;
> Pdaddario@LaBovick.com;
>
> By: _/s/ Peter R. Hunt_
> Peter R. Hunt, Esq.
> Florida Bar Number: 107350